[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-11830
Non-Argument Calendar
_____

D.C. Docket No. 9:12-cv-81080-KLR


BARBARA SCHWARTZ,
an individual,
CAROLE NEITLICH,
an individual, on behalf of themselves
and all other similarly situated,

Plaintiffs - Appellants,


versus


SCI FUNERAL SERVICES OF FLORIDA, INC.,
a Florida Corporation,

Defendant - Third Party
Plaintiff - Appellee,

RUSTY SCOTT,
an individual,

Defendant - Appellee,

HAUCK ENTERPRISES, LTD.,
a Texas Corporation,

Third Party Defendant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(February 5, 2014)

Before TJOFLAT, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

The District Court grounded its subject matter jurisdiction in this class action under the Class Action Fairness Act (CAFA), rejecting plaintiffs' motion to remand the case on the "grounds argument that diversity jurisdiction is absent and that SCI lacked the authority to remove."  Order dated November 8, 2012.  The court thereafter granted the defendants' motions to dismiss plaintiffs' complaint on the ground that the named plaintiffs lacked standing to sue.  Order dated March 25, 2013.

Plaintiffs now appeal, renewing the arguments they made in support of their motion to remand and in favor of standing.  We find no merit in these arguments for the reasons the District Court gave in rejecting them.

AFFIRMED.